UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO, CALIFORNIA

| | | |
|---|---|---|
| TRADELL M. DIXON, | ) | 1:13-CV-165 AWI GSA |
| Plaintiff, | ) | |
| v. | ) | ORDER DIRECTING CLERK OF THE COURT TO REDESIGNATE CASE AS A PRISONER ACTION |
| KELL HARRINGTON et al., | ) | |
| Defendants. | ) | |

   Plaintiff, Tradell M. Dixon, appearing pro se and proceeding in forma pauperis, filed the instant complaint on January 28, 2013 (Doc. 1 ). There was an intradistrict transfer of this case to the Fresno Division from the Sacramento Division on February 4, 2013 (Doc. 3). Plaintiff files this civil rights action pursuant to 42 U.S.C. §1983. The case relates to Plaintiff's conditions of confinement while he was a prisoner at a California state prison. Accordingly, the Clerk of the Court is directed to redesignate this case to a prisoner action. The new case number for this action, which must be used on all future documents filed with the Court is:

**1:13-CV-165 AWI GSA PC**

All future pleadings shall be so numbered. Failure to use the correct case number may result in delay

1 | in your documents being received by the correct judicial officer.
2 |     IT IS SO ORDERED.
3 | **Dated:** February 14, 2013          /s/ **Gary S. Austin**
                                                    UNITED STATES MAGISTRATE JUDGE