UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRADELL DIXON, <br><br>　　　　　　　Plaintiff, <br><br>　　　v. <br><br>M. ARMAS, et al., <br><br>　　　　　　　Defendants. | Case No. 1:13-cv-00165-DAD-EPG (PC) <br><br> **ORDER EXTENDING DISPOSITIVE MOTION FILING DEADLINE** |

　　Good cause appearing, the parties' joint request to continue the dispositive motion deadline set forth in the discovery and scheduling order dated October 16, 2017 (ECF No. 58), is GRANTED. Dispositive motions shall be filed no later than sixty days after the conclusion of the settlement conference. The Court will schedule a settlement conference in a separate order.

IT IS SO ORDERED.

　　Dated: **June 11, 2018**　　　　　　　　/s/ Erica P. Grosjean
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE